

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00052-CV
_____

DENNIS SIMMONS, Appellant

V.

STEVE ALBERT, SID DEES, BOTH INDIVIDUALLY AND JOINTLY D/B/A,
LONE STAR VALU-LOT AND LONE STAR AUTO RANCH, Appellees

On Appeal from the 62nd Judicial District Court
Hopkins County, Texas
Trial Court No. CV39932

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Dennis Simmons, appellant, filed his notice of appeal May 8, 2012. The clerk's record in this case was filed June 15. Simmons is not indigent and is therefore responsible for payment of the reporter's record. *See* TEX. R. APP. P. 20.1.

On June 27, 2012, we contacted Simmons' attorney by letter, informing him that the reporter's record was due on or before June 12, 2012, that the reporter had not received payment for preparation of the record, and warning him that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from appellant's counsel. Pursuant to Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b).

Josh R. Morriss, III
Chief Justice

Date Submitted:     August 1, 2012
Date Decided:       August 2, 2012